*Opposed*—none.

ALICE STARKS, AN INDIVIDUAL; JULIUS KAY, AN INDIVIDU-AL; BARBARA ROCAFUERTE, AN INDIVIDUAL; UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UN-ION, LOCAL 464, AFL–CIO, AMALGAMATED WELFARE FUND, A TRUST; AND ALL PRESENT AND FUTURE MEM-BERS OF THE CLASS, PLAINTIFFS-RESPONDENTS, v. HOS-PITAL SERVICE PLAN OF N.J., INC., A NEW JERSEY CORPO-RATION; AND MEDICAL-SURGICAL PLAN OF N.J., INC., A NEW JERSEY CORPORATION, DEFENDANTS-APPELLANTS.

Argued October 26, 1982—Decided December 2, 1982.

*Richard L. Plotkin* argued the cause for appellants (*Pitney, Hardin, Kipp & Szuch* and *Vanderbilt & Siegel,* attorneys; *Richard L. Plotkin* and *Jeri E. Ruscoll,* on the briefs).

*Harold Krieger* argued the cause for respondents (*Krieger, Ferrara, Feinsilver, Flynn and Catalina,* attorneys; *Harold Krieger* and *Joseph J. Ferrara,* on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons ex-pressed in the opinion of the Appellate Division reported at 182 *N.J.Super.* 342 (1981).

For affirmance—Chief Justice WILENTZ and Justices CLIF-FORD, SCHREIBER, HANDLER, POLLOCK and O'HERN—6.

For reversal—none.